[No. 65302-4-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KERO RIINY GIIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07847-9, Julie A. Spector, J., entered April 23, 2010. *Reversed* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Leach, JJ.

[No. 65438-1-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. F.F.-M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04178-6, Julia Garratt, J. Pro Tem., entered May 6, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 40441-9-II.   Division Two.   March 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE CAMERON KNAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01807-7, Wm. Thomas McPhee, J., entered March 4, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren and Johanson, JJ.

[No. 40653-5-II.   Division Two.   March 8, 2011.]

CAPITAL ONE BANK (USA), NA, *Respondent*, v. CURTIS J. SHUGARTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-05951-8, James R. Orlando, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Johanson, J.